Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980 Office
(806)748-1956

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-70056 - HDH -13 |
| GEORGE ALLISON DAVIS | |
| LAURA JANE DAVIS | Hearing Date:  5/14/2014 |
| DEBTOR(S) | Hearing Time:  11:00 AM |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee),  and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 2/28/2014.

2. Debtor(s) are above median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges the net business income on Schedule I should be $7,315 not $6,274

4. Trustee alleges the expenses in Schedule J are excessive in a less than 100% Plan. Trustee alleges the expenses lower the available monthly disposble income at the expense of the unsecued creditor class.

5. Trustee is unable to verify all available monthly disposable income is being commited to the Plan and objects to confirmation in accordance with 11 U.S.C. 1325 (b)(1)(B).

6. Trustee is unable to administer the Debtors' Plan as proposed due to multiple claims needing treatment.

7. Trustee is unable to determine feasibility of the proposed Plan base until all claims are properly treated and objects to confirmation in accordance with 11 U.S.C. 1325 (a)(6).

8. Trustee is unable to recommend confirmation per General Order 2010-01 (16c), because a certificate concerning all applicable Federal, State, and local tax returns required by Section 1308 of the Bankruptcy Code has not been filed with the Court.

9. Trustee alleges an objection to the Debtors' claim of exemptions has been filed in this case so Trustee is unable to verify the Debtors' equity in non-exempt property.

10. Trustee objects to confirmation in accordance with 11 U.S.C. 1325 (a)(4).

WHEREFORE,  the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

| | |
|---|---|
| Date:  5/7/2014 | Respectfully submitted, |
| | /s/ Walter O'Cheskey |
| | 6308 Iola Avenue |

Lubbock, TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>GEORGE ALLISON DAVIS<br>LAURA JANE DAVIS<br>710 CROWS POINT<br><br>BRIDGEPORT   TX   76426 |

Date:  5/7/2014

/s/ Walter O'Cheskey
Office of the Standing Trustee

GEORGE ALLISON DAVIS
LAURA JANE DAVIS
710 CROWS POINT
BRIDGEPORT        TX    76426